

RECEIVED
COURT OF APPEALS

JUN 1 4 2013

LISA MATZ
CLERK, 5th DISTRICT

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NOS. PD-0172-13 & PD-0173-13

**KEVIN C. CALDWELL, Appellant**

v.

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIFTH COURT OF APPEALS
### DALLAS COUNTY

**PER CURIAM. KEASLER and HERVEY, JJ., dissent.**

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(i)

& 9.3(b), because it does not contain a copy of the opinion of the court of appeals and the

original petition is not accompanied by 11 copies.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be

filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: June 12, 2013
Do Not Publish



COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.384
02 1R
0006557458
MAILED FROM ZIP CODE 78701
JUN 12 2013

PD-0172-13 & PD-0173-13

5TH COURT OF APPEALS CLERK
LISA MATZ
600 COMMERCE 2ND FLOOR
DALLAS TX 75202

5B EQT-S3B 75202

